Dismissed and Memorandum Opinion filed September 23, 2004









Dismissed and Memorandum Opinion filed September 23,
2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00799-CR

____________

 

TERRANCE
DARELL HARDY, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
185th District Court

Harris County,
Texas

Trial Court Cause No. 987,595

 



 

M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to aggregate theft.  In accordance with the terms of a plea
bargain agreement with the State, the trial court sentenced appellant on July
27, 2004, to confinement for four years in the Institutional Division of the
Texas Department of Criminal Justice. 
Appellant filed a pro se notice of appeal.  Because appellant has no right to appeal, we
dismiss.  








The trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court=s certification is included in the
record on appeal.  See Tex. R. App. P. 25.2(d).

Accordingly, we dismiss the appeal.  

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed September 23, 2004.

Panel consists of Chief Justice
Hedges and Justices Fowler and Seymore.

Do Not Publish C Tex. R. App.
P. 47.2(b).